AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

L. SEVILLE PARKS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:07-cv-00557-ECR-VPC**

E.K. MCDANIEL, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee.

   January 10, 2008                          **LANCE S. WILSON**
                                                   Clerk

                                               /s/ Kalani Lizares
                                                 Deputy Clerk